UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF THE SEIZURE OF | ) | MISC. NO. 1:07mj99 |
| MOUNTAIN FIRST BANK CERTIFICATE OF | ) | |
| DEPOSIT ACCOUNT NUMBER 720528 | ) | UNDER SEAL |

## ORDER

This matter having come before the Court pursuant to a motion by the United States to seal the affidavit in support of the Application for Seizure Warrant in this matter, and the Court having found good cause to grant such motion, it is hereby

**ORDERED**, that the affidavit in support of the Application for Seizure Warrant in this matter, as well as the Government's Motion to Seal, are **SEALED** until further order of the Court.

**IT IS SO ORDERED** this 14th day of August, 2007.

DENNIS L. HOWELL
UNITED STATES MAGISTRATE JUDGE