UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

| | |
|---|---|
| IN THE MATTER OF THE SEIZURE OF ) <br> CERTAIN FUNDS HELD IN MOUNTAIN FIRST BANK, ) <br> ACCOUNT NUMBERS 712914 AND 720528, ) <br> IN THE NAME OF RONNIE E. DAVIS ) | CASE NO. 1:07mj99 |

## ORDER

Upon the motion of the United States of America, the Court hereby orders that property seized in this case by the United States from the Mountain First Bank account of Ronnie Eugene Davis, amounting to the sum of $19,866.42, be returned to the account holder, Ronnie Eugene Davis.

**SO ORDERED**, this the ___ day of October, 2008.

DENNIS L. HOWELL
UNITED STATES MAGISTRATE JUDGE