# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:07mj99

| | |
|---|---|
| IN THE MATTER OF THE SEIZURE ) | |
| OF CERTAIN FUNDS HELD IN ) | |
| MOUNTAIN FIRST BANK, ACCOUNT ) | ORDER |
| NUMBERS 712914 AND 720528, IN ) | |
| THE NAME OF RONNIE DAVIS. ) | |
| _____ ) | |

**THIS MATTER** is before the court on the court's Motion to Unseal. It appearing to the court that the prosecutorial interests that supported a stay no longer exist and that Local Civil Rule 6.1(H)(1) requires the unsealing of matters upon case termination, the court enters the following Order.

## ORDER

**IT IS, THEREFORE, ORDERED** that this matter is **UNSEALED.** The Clerk of this court is respectfully instructed to send a copy of docket entry #7 to the United States Marshal so that such Order may be carried out.

Signed: October 30, 2008

*Dennis L. Howell*

Dennis L. Howell
United States Magistrate Judge